## Note 23 – Parent Company Information

The following tables present the Parent Company Only financial information:

**Condensed Statement of Income**

| (Dollars in millions) | Year Ended December 31 | | |
|---|---|---|---|
| | 2007 | 2006 | 2005 |
| **Income** | | | |
| Dividends from subsidiaries: | | | |
|    Bank holding companies and related subsidiaries | $20,615 | $15,950 | $10,400 |
|    Nonbank companies and related subsidiaries | 181 | 111 | 63 |
| Interest from subsidiaries | 4,939 | 3,944 | 2,581 |
| Other income | 3,319 | 2,346 | 1,719 |
|    Total income | 29,054 | 22,351 | 14,763 |
| **Expense** | | | |
| Interest on borrowed funds | 7,834 | 5,799 | 3,843 |
| Noninterest expense | 3,127 | 3,019 | 2,636 |
|    Total expense | 10,961 | 8,818 | 6,479 |
| Income before income taxes and equity in undistributed earnings of subsidiaries | 18,093 | 13,533 | 8,284 |
| Income tax benefit | 1,136 | 1,002 | 791 |
| Income before equity in undistributed earnings of subsidiaries | 19,229 | 14,535 | 9,075 |
| Equity in undistributed earnings (losses) of subsidiaries: | | | |
|    Bank holding companies and related subsidiaries | (4,497) | 5,613 | 6,518 |
|    Nonbank companies and related subsidiaries | 250 | 985 | 872 |
|    Total equity in undistributed earnings (losses) of subsidiaries | (4,247) | 6,598 | 7,390 |
| **Net income** | **$14,982** | **$21,133** | **$16,465** |
| **Net income available to common shareholders** | **$14,800** | **$21,111** | **$16,447** |

**Condensed Balance Sheet**

| (Dollars in millions) | December 31 | |
|---|---|---|
| | 2007 | 2006 |
| **Assets** | | |
| Cash held at bank subsidiaries | $ 51,953 | $ 54,989 |
| Debt securities | 3,198 | 2,932 |
| Receivables from subsidiaries: | | |
|    Bank holding companies and related subsidiaries | 30,032 | 17,063 |
|    Nonbank companies and related subsidiaries | 33,637 | 20,661 |
| Investments in subsidiaries: | | |
|    Bank holding companies and related subsidiaries | 181,248 | 162,291 |
|    Nonbank companies and related subsidiaries | 6,935 | 6,488 |
| Other assets | 30,919 | 19,118 |
|    Total assets | $337,922 | $283,542 |
| **Liabilities and shareholders' equity** | | |
| Commercial paper and other short-term borrowings | $ 40,667 | $ 31,852 |
| Accrued expenses and other liabilities | 13,226 | 9,929 |
| Payables to subsidiaries: | | |
|    Bank holding companies and related subsidiaries | 1,464 | 857 |
|    Nonbank companies and related subsidiaries | – | 76 |
| Long-term debt | 135,762 | 105,556 |
| Shareholders' equity | 146,803 | 135,272 |
|    Total liabilities and shareholders' equity | $337,922 | $283,542 |

**Condensed Statement of Cash Flows**

|  | Year Ended December 31 | | |
|---|---|---|---|
| (Dollars in millions) | 2007 | 2006 | 2005 |
| **Operating activities** | | | |
| Net income | $ 14,982 | $ 21,133 | $ 16,465 |
| Reconciliation of net income to net cash provided by operating activities: | | | |
|     Equity in undistributed (earnings) losses of subsidiaries | 4,247 | (6,598) | (7,390) |
|     Other operating activities, net | (276) | 2,159 | (1,035) |
|     Net cash provided by operating activities | 18,953 | 16,694 | 8,040 |
| **Investing activities** | | | |
| Net (purchases) sales of securities | (839) | (705) | 403 |
| Net payments to subsidiaries | (44,457) | (13,673) | (3,145) |
| Other investing activities, net | (824) | (1,300) | (3,001) |
|     Net cash used in investing activities | (46,120) | (15,678) | (5,743) |
| **Financing activities** | | | |
| Net increase (decrease) in commercial paper and other short-term borrowings | 8,873 | 12,519 | (292) |
| Proceeds from issuance of long-term debt | 38,730 | 28,412 | 20,477 |
| Retirement of long-term debt | (12,056) | (15,506) | (11,053) |
| Proceeds from issuance of preferred stock | 1,558 | 2,850 | – |
| Redemption of preferred stock | – | (270) | – |
| Proceeds from issuance of common stock | 1,118 | 3,117 | 2,846 |
| Common stock repurchased | (3,790) | (14,359) | (5,765) |
| Cash dividends paid | (10,878) | (9,661) | (7,683) |
| Other financing activities, net | 576 | (2,799) | 1,705 |
|     Net cash provided by financing activities | 24,131 | 4,303 | 235 |
| Net increase (decrease) in cash held at bank subsidiaries | (3,036) | 5,319 | 2,532 |
| Cash held at bank subsidiaries at January 1 | 54,989 | 49,670 | 47,138 |
|     Cash held at bank subsidiaries at December 31 | $ 51,953 | $ 54,989 | $ 49,670 |

## Note 24 – Performance by Geographical Area

Since the Corporation's operations are highly integrated, certain asset, liability, income and expense amounts must be allocated to arrive at total assets, total revenue, net of interest expense, income before income taxes and net income by geographic area. The Corporation identifies its geographic performance based upon the business unit structure used to manage the capital or expense deployed in the region as applicable. This requires certain judgments related to the allocation of revenue so that revenue can be appropriately matched with the related expense or capital deployed in the region.

|  |  | At December 31 | Year Ended December 31 | | |
|---|---|---|---|---|---|
| (Dollars in millions) | Year | Total Assets [1] | Total Revenue, Net of Interest Expense [2] | Income Before Income Taxes | Net Income |
| Domestic [3] | 2007 | $1,529,899 | $59,731 | $18,039 | $13,137 |
|  | 2006 | 1,312,912 | 64,381 | 28,041 | 18,605 |
|  | 2005 |  | 52,944 | 21,880 | 14,778 |
| Asia | 2007 | 46,359 | 1,613 | 1,146 | 721 |
|  | 2006 | 32,886 | 1,117 | 637 | 420 |
|  | 2005 |  | 909 | 521 | 344 |
| Europe, Middle East and Africa | 2007 | 129,303 | 4,097 | 894 | 592 |
|  | 2006 | 100,928 | 4,835 | 1,843 | 1,193 |
|  | 2005 |  | 1,783 | 920 | 603 |
| Latin America and the Caribbean | 2007 | 10,185 | 878 | 845 | 532 |
|  | 2006 | 13,011 | 2,247 | 1,452 | 915 |
|  | 2005 |  | 1,539 | 1,159 | 740 |
| Total Foreign | 2007 | 185,847 | 6,588 | 2,885 | 1,845 |
|  | 2006 | 146,825 | 8,199 | 3,932 | 2,528 |
|  | 2005 |  | 4,231 | 2,600 | 1,687 |
| Total Consolidated | 2007 | $1,715,746 | $66,319 | $20,924 | $14,982 |
|  | 2006 | 1,459,737 | 72,580 | 31,973 | 21,133 |
|  | 2005 |  | 57,175 | 24,480 | 16,465 |

[1] Total assets include long-lived assets, which are primarily located in the U.S.
[2] There were no material intercompany revenues between geographic regions for any of the periods presented.
[3] Includes the Corporation's Canadian operations, which had total assets of $10.9 billion and $6.8 billion at December 31, 2007 and 2006; total revenue, net of interest expense of $770 million, $636 million and $118 million; income before income taxes of $292 million, $269 million and $73 million; and net income of $195 million, $182 million and $61 million for the years ended December 31, 2007, 2006 and 2005, respectively.

# Executive Officers and Directors
Bank of America Corporation and Subsidiaries

## Executive Officers

Kenneth D. Lewis
Chairman, Chief Executive Officer
and President

Keith T. Banks
President, Global Wealth &
Investment Management

Amy Woods Brinkley
Chief Risk Officer

Barbara J. Desoer
Global Technology & Operations
Executive

Liam E. McGee
President, Global Consumer &
Small Business Banking

Brian T. Moynihan
President, Global Corporate &
Investment Banking

Joe L. Price
Chief Financial Officer

## Board of Directors

William Barnet, III
Chairman, President
and Chief Executive Officer
The Barnet Company
Spartanburg, SC

Frank P. Bramble, Sr.
Former Executive Officer
MBNA Corporation
Wilmington, DE

John T. Collins
Chief Executive Officer
The Collins Group Inc.
Boston, MA

Gary L. Countryman
Chairman Emeritus
Liberty Mutual Group
Boston, MA

Tommy R. Franks
Retired General
United States Army
Roosevelt, OK

Charles K. Gifford
Former Chairman
Bank of America Corporation
Charlotte, NC

W. Steven Jones
Dean
Kenan-Flagler Business School
University of North Carolina
at Chapel Hill
Chapel Hill, NC

Kenneth D. Lewis
Chairman, Chief Executive
Officer and President
Bank of America Corporation
Charlotte, NC

Monica C. Lozano
Publisher and
Chief Executive Officer
La Opinión
Los Angeles, CA

Walter E. Massey
President Emeritus
Morehouse College
Atlanta, GA

Thomas J. May
Chairman, President and
Chief Executive Officer
NSTAR
Boston, MA

Patricia E. Mitchell
President and Chief
Executive Officer
The Paley Center for Media
New York, NY

Thomas M. Ryan
Chairman, President and
Chief Executive Officer
CVS Caremark Corporation
Woonsocket, RI

O. Temple Sloan, Jr.
Chairman
General Parts International Inc.
Raleigh, NC

Meredith R. Spangler
Trustee and Board Member
C.D. Spangler Construction Company
Charlotte, NC

Robert L. Tillman
Former Chairman and CEO Emeritus
Lowe's Companies Inc.
Mooresville, NC

Jackie M. Ward
Retired Chairman and CEO
Computer Generation Inc.
Atlanta, GA

# Corporate Information
Bank of America Corporation and Subsidiaries

## Headquarters
The principal executive offices of Bank of America Corporation (the Corporation) are located in the Bank of America Corporate Center, Charlotte, NC 28255.

## Shareholders
The Corporation's common stock is listed on the New York Stock Exchange (NYSE) under the symbol BAC. The Corporation's common stock is also listed on the London Stock Exchange, and certain shares are listed on the Tokyo Stock Exchange. The stock is typically listed as BankAm in newspapers. As of February 20, 2008, there were 263,761 registered shareholders of the Corporation's common stock.

The Corporation's annual meeting of shareholders will be held at 10 a.m. local time on April 23, 2008, in the Belk Theater of the North Carolina Blumenthal Performing Arts Center, 130 North Tryon Street, Charlotte, NC.

For general shareholder information, call Jane Smith, shareholder relations manager, at 1.800.521.3984. For inquiries concerning dividend checks, dividend reinvestment plan, electronic deposit of dividends, tax information, transferring ownership, address changes or lost or stolen stock certificates, contact Bank of America Shareholder Services at Computershare Trust Company, N.A., via our Internet access at www.computershare.com/bac; call 1.800.642.9855; or write to P.O. Box 43078, Providence, RI 02940-3078.

Analysts, portfolio managers and other investors seeking additional information about Bank of America stock should contact our Investor Relations group at 1.704.386.5681. Visit the Investor Relations area of the Bank of America Web site, http://investor.bankofamerica.com, for stock and dividend information, financial news releases, links to Bank of America SEC filings, electronic versions of our annual reports and other items of interest to the Corporation's shareholders.

## Annual Report on Form 10-K
The Corporation's 2007 Annual Report on Form 10-K is available at http://investor.bankofamerica.com. The Corporation also will provide a copy of the 2007 Annual Report on Form 10-K (without exhibits) upon written request addressed to:

Bank of America Corporation
Shareholder Relations Department
NC1-002-29-01
101 South Tryon Street
Charlotte, NC 28255

## Customers
For assistance with Bank of America products and services, call 1.800.900.9000, or visit the Bank of America Web site at www.bankofamerica.com.

## News Media
News media seeking information should visit the Newsroom area of the Bank of America Web site for news releases, speeches and other items relating to the Corporation, including a complete list of the Corporation's media relations specialists grouped by business specialty or geography. To do so, go to www.bankofamerica.com/newsroom.

## NYSE and SEC Certifications
The Corporation filed with the New York Stock Exchange (NYSE) on May 1, 2007, the Annual CEO Certification as required by the NYSE corporate governance listing standards. The Corporation has also filed, as exhibits to its 2007 Annual Report on Form 10-K, the CEO and CFO certifications as required by Section 302 and Section 906 of the Sarbanes-Oxley Act.

## Disclosures
Global Wealth & Investment Management is a division of Bank of America Corporation. Banc of America Investment Services, Inc.®, U.S. Trust, Bank of America Private Wealth Management and Columbia Management are all affiliates within Global Wealth & Investment Management.

Premier Banking & Investments™ is offered through Bank of America Premier Banking® and Banc of America Investment Services, Inc.

Banking products are provided by Bank of America, N.A., Member FDIC.

Investment products:

| Are Not FDIC Insured | May Lose Value | Are Not Bank Guaranteed |
|---|---|---|

Banc of America Investment Services, Inc. is a registered broker-dealer, member FINRA and SIPC, and a nonbank subsidiary of Bank of America, N.A.

U.S. Trust, Bank of America Private Wealth Management operates through Bank of America, N.A., a wholly owned subsidiary of Bank of America Corporation.

Columbia Management Group, LLC ("Columbia Management") is the investment management division of Bank of America Corporation. Columbia Management entities furnish investment management services and products for institutional and individual investors.

The customer opinions expressed in this report reflect personal experiences. Other customer experiences may vary.





Bank of Opportunity™

Contains more than 10% post-consumer content.

© 2008 Bank of America Corporation
00-04-1363B
3/2008