# EXHIBIT 7

# Bank of America Corporation: Select Subsidiaries [1]

As of July 16, 2018



[1] This chart includes only select client-facing or issuing subsidiaries and associated significant holding companies of Bank of America Corporation. Not all subsidiaries of Bank of America are represented.

[2] Reflects a majority-owned subsidiary.

1