UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| IN THE MATTER OF REDESIGNATION | |
| TO THE | NOTICE OF REASSIGNMENT |
| HONORABLE GABRIEL W. GORENSTEIN | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The following cases are to be redesignated to the calendar of the Honorable GABRIEL W. GORENSTEIN (GWG)

```
               11 MD 2262
              RELATED CASES
               11 CV 2613
               11 CV 5450
               11 CV 6409
               11 CV 6411
               11 CV 6412
```

The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of Assignment on all defendants.

Dated: 03/12/2012

Ruby J. Krajick, CLERK

PHYLLIS ADAMIK
By: _____
           Deputy Clerk

cc: Attorneys of Record