# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| | Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO: | ECF Case |
| | **ORAL ARGUMENT REQUESTED** |
| MAYOR AND CITY COUNCIL OF BALTIMORE, ET AL., Plaintiffs, v. BANK OF AMERICA CORPORATION, ET AL., Defendants. | No. 11-cv-5450 |
| EXCHANGE-BASED PLAINTIFF ACTION | No. 11-cv-2613 |
| GELBOIM, ET AL., Plaintiffs, v. CREDIT SUISSE GROUP AG, ET AL., Defendants. | No. 12-cv-1025 |
| CHARLES SCHWAB BANK, N.A., ET AL., Plaintiffs, v. BANK OF AMERICA CORPORATION, ET AL. Defendants. | No. 11-cv-6411 |
| SCHWAB MONEY MARKET FUND, ET AL., Plaintiffs, v. BANK OF AMERICA CORPORATION, ET AL., Defendants. | No. 11-cv-6412 |
| SCHWAB SHORT-TERM BOND MARKET FUND, ET AL., Plaintiffs, v. BANK OF AMERICA CORPORATION, ET AL., Defendants. | No. 11-cv-6409 |

## NOTICE OF DEFENDANTS' MOTION
## TO DISMISS THE AMENDED COMPLAINTS

PLEASE TAKE NOTICE that the undersigned, attorneys for Defendants Bank of America Corporation, Bank of America, N.A., The Bank of Tokyo-Mitsubishi UFJ, Ltd., Citibank, N.A., Citigroup, Inc., Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A., Credit Suisse Group AG, Deutsche Bank AG, HBOS plc, HSBC Bank plc, HSBC Holdings plc, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Lloyds Banking Group plc, The Norinchukin Bank, Royal Bank of Canada, The Royal Bank of Scotland Group plc, and WestLB AG, in the above-referenced matter, will move this Court before the Honorable Naomi Reice Buchwald, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by this Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice the Amended and Consolidated Complaints in each of the above-captioned actions.

The grounds for this motion are set forth in three memoranda:  (1) the Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Antitrust Claims and the accompanying Declaration of Robert F. Wise, Jr. and exhibits thereto with respect to each of the related above-captioned actions; (2) the Memorandum of Law in Support of Defendants' Motion to Dismiss the Exchange-Based Plaintiffs' Claims and exhibit thereto with respect to the related above-captioned action *Exchange-Based Plaintiff Action* (No. 11-cv-2613); and (3) the Memorandum of Law in Support of Defendants' Motion to Dismiss the Schwab Plaintiffs' Amended Complaints with respect to the related above-captioned actions *Charles Schwab Bank, N.A. v. Bank of Am. Corp.* (No. 11-cv-6411), *Schwab Money Market Fund v. Bank of Am. Corp.* (No. 11-cv-6412), and *Schwab Short-Term Bond Market Fund v. Bank of Am. Corp.* (No. 11-cv-6409).

Dated:   New York, New York
         June 29, 2012

Respectfully Submitted,

| | |
|---|---|
| /s/ Robert F. Wise, Jr. | /s/ Daryl A. Libow |
| Robert F. Wise, Jr. | Daryl A. Libow |
| Arthur J. Burke | Christopher M. Viapiano |
| Paul S. Mishkin | SULLIVAN & CROMWELL LLP |
| DAVIS POLK & WARDWELL LLP | 1701 Pennsylvania Avenue, N.W. |
| 450 Lexington Avenue | Washington, D.C. 20006 |
| New York, NY 10017 | libowd@sullcrom.com |
| robert.wise@davispolk.com | viapianoc@sullcrom.com |
| arthur.burke@davispolk.com | Telephone: (202) 956-7500 |
| paul.mishkin@davispolk.com | Fax: (202) 956-7056 |
| Telephone: (212) 450-4000 | |
| Fax: (212) 450-4800 | *Attorneys for Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.* |
| *Attorneys for Defendants Bank of America Corporation and Bank of America, N.A.* | |

2

| | |
|---|---|
| /s/ Andrew A. Ruffino | /s/ David R. Gelfand |
| Andrew A. Ruffino | David R. Gelfand |
| COVINGTON & BURLING LLP | Sean M. Murphy |
| The New York Times Building | MILBANK TWEED HADLEY & McCLOY LLP |
| 620 Eighth Avenue | |
| New York, NY 10018 | One Chase Manhattan Plaza |
| aruffino@cov.com | New York, New York 10005 |
| Tel: 212.841.1000 | dgelfand@milbank.com |
| | smurphy@milbank.com |
| Alan M. Wiseman | Telephone: (212) 530-5000 |
| Thomas A. Isaacson | |
| 1201 Pennsylvania Avenue N.W. | *Attorneys for Defendant Coöperatieve* |
| Washington, D.C. 20004 | *Centrale Raiffeisen-Boerenleenbank B.A.* |
| awiseman@cov.com | |
| tisaacson@cov.com | |
| Tel: 202.662.6000 | |

Michael R. Lazerwitz
Joon H. Kim
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
mlazerwitz@cgsh.com
jkim@cgsh.com
Tel: 212.225.2000

*Attorneys for Defendants Citibank, N.A. and Citigroup, Inc.*

| | |
|---|---|
| /s/ Herbert S. Washer | /s/ Moses Silverman |
| Herbert S. Washer | Moses Silverman |
| Elai Katz | Andrew C. Finch |
| Joel Kurtzberg | PAUL, WEISS, RIFKIND, WHARTON & |
| CAHILL GORDON & REINDEL LLP | GARRISON LLP |
| 80 Pine Street | 1285 Avenue of the Americas |
| New York, NY 10005 | New York, New York 10019-6064 |
| (212) 701-3000 | msilverman@paulweiss.com |
| hwasher@cahill.com | afinch@paulweiss.com |
| ekatz@cahill.com | Telephone: (212) 373-3355 |
| jkurtzberg@cahill.com | |
| | *Attorneys for Defendant Deutsche Bank AG* |
| Richard Schwed | |
| SHEARMAN & STERLING LLP | |
| 599 Lexington Avenue | |
| New York, New York 10022 | |
| (212) 848-4000 | |
| richard.schwed@shearman.com | |
| | |
| *Attorneys for Defendant Credit Suisse Group AG* | |

4

| | |
|---|---|
| /s/ Ed DeYoung<br>Ed DeYoung<br>Roger B. Cowie<br>LOCKE LORD LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, Texas 75201<br>Telephone: (214) 740-8614<br>Fax: (214) 740-8800<br>edeyoung@lockelord.com<br>rcowie@lockelord.com<br><br>Gregory T. Casamento<br>LOCKE LORD LLP<br>3 World Financial Center<br>New York, NY 10281<br>Telephone: (212) 812-8325<br>Fax: (212) 812-8385<br>gcasamento@lockelord.com<br><br>*Attorneys for Defendant HSBC Holdings plc and HSBC Bank plc* | /s/ Thomas C. Rice<br>Thomas C. Rice<br>Juan A. Arteaga<br>Joan E. Flaherty<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 455-2000<br>Fax: (212) 455-2502<br>trice@stblaw.com<br>jarteaga@stblaw.com<br>jflaherty@stblaw.com<br><br>*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* |
| /s/ Marc J. Gottridge<br>Marc J. Gottridge<br>Eric J. Stock<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, New York 10022<br>marc.gottridge@hoganlovells.com<br>eric.stock@hoganlovells.com<br>Telephone: (212) 918-3000<br><br>*Attorneys for Defendant Lloyds Banking Group plc other than in 11-cv-6409, 11-cv-6411, and 11-cv-6412* | /s/ Marc J. Gottridge<br>Marc J. Gottridge<br>Eric J. Stock<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, New York 10022<br>marc.gottridge@hoganlovells.com<br>eric.stock@hoganlovells.com<br>Telephone: (212) 918-3000<br><br>*Attorneys for Defendant HBOS plc other than in 11-cv-6409, 11-cv-6411, and 11-cv-6412* |

/s/ Richard Williamson
Richard Williamson
Megan P. Davis
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York  10006-1404
rwilliamson@fzwz.com
mdavis@fzwz.com
Telephone: (212) 412-9571
Fax: (212) 964-9200

*Attorneys for Defendant Lloyds Banking Group plc in 11-cv-6409, 11-cv-6411, and 11-cv-6412 only*

/s/ Richard Williamson
Richard Williamson
Megan P. Davis
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York  10006-1404
rwilliamson@fzwz.com
mdavis@fzwz.com
Telephone: (212) 412-9571
Fax: (212) 964-9200

*Attorneys for Defendant HBOS plc in 11-cv-6409, 11-cv-6411, and 11-cv-6412 only*

/s/ Andrew W. Stern
Andrew W. Stern
Alan M. Unger
Nicholas P. Crowell
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
astern@sidley.com
aunger@sidley.com
ncrowell@sidley.com
Telephone: (212) 839-5300
Fax: (212) 839-5599

*Attorneys for Defendant The Norinchukin Bank*

/s/ Arthur W. Hahn
Arthur W. Hahn
Christian T. Kemnitz
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
arthur.hahn@kattenlaw.com
christian.kemnitz@kattenlaw.com
Telephone: (312) 902-5200

*Attorneys for Defendant Royal Bank of Canada*

/s/ Robert G. Houck                            /s/ Ethan E. Litwin                           
Robert G. Houck                                Ethan E. Litwin
Alejandra de Urioste                           Morgan J. Stecher
James D. Miller                                HUGHES HUBBARD & REED LLP
CLIFFORD CHANCE US LLP                         One Battery Park Plaza
31 West 52nd St.                               New York, New York 10004
New York, NY 10019                             litwin@hugheshubbard.com
robert.houck@cliffordchance.com                stecher@hugheshubbard.com
alejandra.deurioste@cliffordchance.com         Telephone: (212) 837-6000
jim.miller@cliffordchance.com
Telephone: 212-878-8000                        *Attorneys for Defendant WestLB AG*

*Attorneys for Defendant The Royal Bank of Scotland Group plc*