UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB |
| | ECF Case |
| MAYOR AND CITY COUNCIL OF BALTIMORE, ET AL., Plaintiffs, v. BANK OF AMERICA CORPORATION, ET AL., Defendants. | |
| METZLER INVESTMENT GMBH, ET AL., Plaintiffs, v. CREDIT SUISSE GROUP AG, ET AL., Defendants. | **ORAL ARGUMENT REQUESTED** |
| GELBOIM, ET AL., Plaintiffs, v. CREDIT SUISSE GROUP AG, ET AL., Defendants. | |
| CHARLES SCHWAB BANK, N.A., ET AL., Plaintiffs, v. BANK OF AMERICA CORPORATION, ET AL. Defendants. | |
| SCHWAB MONEY MARKET FUND, ET AL., Plaintiffs, v. BANK OF AMERICA CORPORATION, ET AL., Defendants. | |
| SCHWAB SHORT-TERM BOND MARKET FUND, ET AL., Plaintiffs, v. BANK OF AMERICA CORPORATION, ET AL., Defendants. | |

**NOTICE OF UBS AG's MOTION
TO DISMISS THE AMENDED COMPLAINTS**

PLEASE TAKE NOTICE that the undersigned, attorneys for UBS AG, in the above-referenced matter, will move this Court before the Honorable Naomi Reice Buchwald, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by this Court, for an order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice the Amended and Consolidated Complaints in each of the above-captioned actions.

The grounds for this motion are set forth in the Memorandum of Law in Support of UBS AG's Motion to Dismiss, which incorporates in part three memoranda:  (1) the Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Antitrust Claims and the accompanying Declaration of Robert F. Wise and exhibits thereto; (2) the Memorandum of Law in Support of Defendants' Motion to Dismiss the Exchange-Based Plaintiffs' Claims and exhibit thereto; and (3) the Memorandum of Law in Support of Defendants' Motion to Dismiss the Schwab Plaintiffs' Amended Complaints, and the Declaration of Lawrence J. Zweifach and exhibits thereto.

Dated:  New York, New York             Respectfully Submitted,
        June 29, 2012


                                          GIBSON, DUNN & CRUTCHER LLP

                                          By:   s/Peter Sullivan_____
                                                   Peter Sullivan
                                                   Lawrence J. Zweifach

                                          200 Park Avenue
                                          New York, New York 10166-0193
                                          (212) 351-4000
                                          *Attorneys for Defendant UBS AG*

                                          Of Counsel:

                                          Thomas G. Hungar
                                          D. Jarrett Arp
                                          John F. Bash
                                          1050 Connecticut Avenue, N.W.
                                          Washington, D.C. 20036-5306