# EXHIBITS 69-73-1

# FILED UNDER SEAL