# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| MAYOR AND CITY COUNCIL OF BALTIMORE, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE AG, et al.,<br><br>                Defendants. | No. 11-cv-5450 (NRB) |

### OTC PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH CITIBANK, N.A. AND CITIGROUP INC.

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

     **PLEASE TAKE NOTICE** that, on a date and at a time to be determined by the Court, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, in the Courtroom of the Honorable Naomi Reice Buchwald, OTC Plaintiffs will, and hereby do, move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order: (i) granting preliminary approval of the proposed settlement ("Settlement") reached between OTC Plaintiffs and defendants Citibank, N.A. and

Citigroup Inc. (collectively, "Citibank") in the above-captioned action; and (ii) approving OTC Plaintiffs' choice of a Settlement Administrator, Claims Administrator, and Escrow Agent.

Submitted herewith in support of OTC Plaintiffs' Motion for Preliminary Approval of Settlement with Citibank, N.A. and Citigroup, Inc. are (i) the Memorandum of Law in Support of OTC Plaintiffs' Motion for Preliminary Approval of Settlement with Citibank, N.A. and Citigroup, Inc., (ii) the Declaration of Marc M. Seltzer in Support of OTC Plaintiffs' Motion for Preliminary Approval of Settlement with Citibank, N.A. and Citigroup, Inc. and the exhibit thereto, and (iii) the [Proposed] Order Preliminarily Approving Settlement.

Dated: August 7, 2017

By: */s/ Michael D. Hausfeld*    */s/ William Christopher Carmody*

Michael D. Hausfeld  
Hilary Scherrer  
Nathaniel C. Giddings  
HAUSFELD LLP  
1700 St. NW, Suite 650  
Washington, D.C. 20006  
Telephone: (202) 540-7200  
Facsimile: (202) 540-7201  
mhausfeld@hausfeldllp.com  
hscherrer@hausfeldllp.com  
ngiddings@hausfeldllp.com  

Scott A. Martin  
HAUSFELD LLP  
33 Whitehall Street, 14th Floor  
New York, NY 10004  
Telephone: (646) 357-1195  
Facsimile: (212) 202-5322  
smartin@hausfeld.com  

Gary I. Smith  
HAUSFELD LLP  
325 Chestnut Street, Suite 900  
Philadelphia, PA 19106  
Telephone: (267) 702-2318  
Facsimile: (215) 985-3271  
gsmith@hausfeld.com  

William Christopher Carmody (WC8478)  
Arun Subramanian (AS2096)  
Seth Ard (SA1817)  
Geng Chen (GC2733)  
SUSMAN GODFREY L.L.P.  
1301 Avenue of the Americas, 32nd Floor  
New York, NY 10019  
Telephone: (212) 336-3330  
Facsimile: (212) 336-8340  
bcarmody@susmangodfrey.com  
asubramanian@susmangodfrey.com  
sard@susmangodfrey.com  
gchen@susmangodfrey.com  

Marc M. Seltzer  
Glenn C. Bridgman  
SUSMAN GODFREY L.L.P.  
1901 Avenue of the Stars  
Los Angeles, CA 90067-6029  
Telephone: (310) 789-3100  
mseltzer@susmangodfrey.com  
gbridgman@susmangodfrey.com  

Matthew Berry  
Drew D. Hansen  
SUSMAN GODFREY LLP  
1201 Third Avenue, Suite 3800  
Seattle, WA 98101  
Telephone: (206) 516-3880  
Facsimile: (206) 516-3883  
mberry@susmangodfrey.com  
dhansen@susmangodfrey.com  

Barry C. Barnett (BB1984)  
Karen Oshman  
Michael Kelso  
SUSMAN GODFREY L.L.P.  
1000 Louisiana Street, Suite 5100  
Houston, TX 77002-5096  
Telephone: (713) 651-9366  
bbarnett@susmangodfrey.com  
koshman@susmangodfrey.com  

1

mkelso@susmangodfrey.com

*Interim Co-Lead Class Counsel for the OTC Plaintiffs*