IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| MAYOR AND CITY COUNCIL OF BALTIMORE, et al.,<br><br>Plaintiffs,<br>v.<br>CREDIT SUISSE AG, et al.,<br><br>Defendants. | No. 11-cv-5450 (NRB) |

**OTC PLAINTIFFS' MOTION FOR AN ORDER APPROVING NOTICE PROGRAM AND PRELIMINARY APPROVAL OF PLAN OF DISTRIBUTION IN CONNECTION WITH THE CLASS SETTLEMENT WITH CITIBANK, N.A. AND CITIGROUP INC.**

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, on a date and at a time to be determined by the Court, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, in the Courtroom of the Honorable Naomi Reice Buchwald, OTC Plaintiffs will, and hereby do, move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order: (i) granting approval of Notice Program to Class Members in connection with the settlement reached between OTC Plaintiffs and defendant Citibank, N.A. and Citigroup Inc. ("Citi Settlement" or "Settlement") in the above-captioned action; and (ii) preliminarily approving a Plan of Distribution of the settlement funds.

Submitted herewith in support of OTC Plaintiffs' motion are: (i) the Memorandum of Law in Support of OTC Plaintiffs' Motion for an Order Approving Notice Program and

1

Preliminary Approval of Plan of Distribution in Connection with the Class Settlement with Citibank, N.A. and Citigroup Inc.; (ii) the Declaration of Shannon Wheatman, Ph.D., and Exhibits 1–3 thereto; (iii) the Declaration of Seth Ard, and Exhibit 1 thereto; and (iv) the [Proposed] Order Approving OTC Plaintiffs' Notice Program and Preliminary Approval of Plan of Distribution.

Dated: September 6, 2017

By:   /s/ Michael D. Hausfeld                    /s/ William Christopher Carmody

Michael D. Hausfeld                              William Christopher Carmody (WC8478)
Hilary Scherrer                                  Arun Subramanian (AS2096)
Nathaniel C. Giddings                            Seth Ard (SA1817)
HAUSFELD LLP                                     Geng Chen (GC2733)
1700 St. NW, Suite 650                           SUSMAN GODFREY L.L.P.
Washington, D.C. 20006                           1301 Avenue of the Americas, 32nd Fl.
Telephone: (202) 540-7200                        New York, New York 10019
Facsimile: (202) 540-7201                        Telephone: 212-336-3330
mhausfeld@hausfeldllp.com                        Facsimile: 212-336-8340
hscherrer@hausfeldllp.com                        bcarmody@susmangodfrey.com
ngiddings@hausfeldllp.com                        asubramanian@susmangodfrey.com
                                                 sard@susmangodfrey.com
Gary I. Smith                                    gchen@susmangodfrey.com
HAUSFELD LLP
325 Chestnut Street                              Marc M. Seltzer
Suite 900                                        Glenn C. Bridgman
Philadelphia, PA 19106                           SUSMAN GODFREY L.L.P.
267-702-2318 Direct                              1901 Avenue of the Stars
215-985-3270 Main                                Los Angeles, California 90067-6029
215-985-3271 Fax                                 Telephone: (310) 789-3100
gsmith@hausfeld.com                              mseltzer@susmangodfrey.com
                                                 gbridgman@susmangodfrey.com

                                                 Matthew Berry
                                                 Drew D. Hansen
                                                 SUSMAN GODFREY LLP
                                                 1201 Third Avenue, Suite 3800
                                                 Seattle, WA 98101
                                                 Telephone: (206) 516-3880

Facsimile: (206) 516-3883
mberry@susmangodfrey.com
dhansen@susmangodfrey.com

Barry C. Barnett (BB1984)
Karen Oshman
Michael Kelso
SUSMAN GODFREY L.L.P.
1000 Louisiana Street
Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
bbarnett@susmangodfrey.com
koshman@susmangodfrey.com
mkelso@susmangodfrey.com

*Interim Co-Lead Class Counsel for the OTC Plaintiffs*

5294028v1/012751

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2017, I caused the aforementioned document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matters.

Dated: September 6, 2017, at Houston, Texas.

*/s/ William Christopher Carmody*
William Christopher Carmody

5294028v1/012751