# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 1400

1900 AVENUE OF THE STARS

LOS ANGELES, CALIFORNIA 90067-6029

(310) 789-3100

FAX (310) 789-3150

WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 3800 | 32ND FLOOR |
|---|---|---|
| 1000 LOUISIANA STREET | 1201 THIRD AVENUE | 1301 AVENUE OF THE AMERICAS |
| HOUSTON, TEXAS 77002-5096 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10019-6023 |
| (713) 651-9366 | (206) 516-3880 | (212) 336-8330 |

WILLIAM CHRISTOPHER CARMODY
DIRECT DIAL (212) 336-8334

E-MAIL BCARMODY@SUSMANGODFREY.COM

June 12, 2018

VIA ECF AND HAND DELIVERY

The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    *In re LIBOR-Based Financial Instruments Antitrust Litigation*, Case Nos.
       11-md-2262, 11-cv-5450

Dear Judge Buchwald:

As requested by the Court, OTC Plaintiffs submit a revised proposed Long Form Notice, previously filed as Exhibit A to OTC Plaintiffs' letter of June 6, 2018 [Dkt. 2533-1]. The revised notice and a redline are attached as Exhibits 1 and 2.

Sincerely,

*/s/ William Christopher Carmody*

William Christopher Carmody