# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100
FAX (310) 789-3150
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 3800 | 32ND FLOOR |
| 1000 LOUISIANA STREET | 1201 THIRD AVENUE | 1301 AVENUE OF THE AMERICAS |
| HOUSTON, TEXAS 77002-5096 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10019-6023 |
| (713) 651-9366 | (206) 516-3880 | (212) 336-8330 |

WILLIAM CHRISTOPHER CARMODY
DIRECT DIAL (212) 336-8334

E-MAIL BCARMODY@SUSMANGODFREY.COM

June 26, 2018

VIA ECF AND HAND DELIVERY

The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *In re LIBOR-Based Financial Instruments Antitrust Litigation*, Case Nos. 11-md-2262, 11-cv-5450

Dear Judge Buchwald:

We write to request two minor modifications to the Joint Notice Program approved by the Court on June 21, 2018, *see* Dkt. 2579, as described in the Supplemental Declaration of Shannon R. Wheatman, Ph.D. in Support of the Joint Notice Program, filed concurrently herewith.  We respectfully request that the Court approve shifting the *Modern Trader* and *CFA Institutional Financial NewsBrief* portions of the Joint Notice Program to those organizations' websites.  In Dr. Wheatman's opinion, this revised Joint Notice Program is the best notice practicable, remains fully compliant with Rule 23, and satisfies due process. Dr. Wheatman further advises that this revision must be approved by July 2, 2018, in order for this notice to run with the rest of the digital media program.

A proposed order reflecting this change is attached as Exhibit A.  We thank the Court for its consideration.

Sincerely,

*/s/ William Christopher Carmody*

William Christopher Carmody