IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| MAYOR AND CITY COUNCIL OF BALTIMORE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CREDIT SUISSE AG, et al., <br><br> Defendants. | No. 11-cv-5450 (NRB) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/27/2018

[PROPOSED] ORDER APPROVING OTC PLAINTIFFS'
AMENDED JOINT NOTICE PROGRAM

This matter having originally come before the Court by way of OTC Plaintiffs' Notice of Motion for an Order Approving Notice Program [Dkt. 2515];

and the Court having previously found that the Joint Notice Program satisfies the requirements of Federal Rule of Civil Procedure 23(c)(2)(b) and due process in that it constitutes the best notice practicable under the circumstances [Dkt. 2579];

and the Court having reviewed the proposed revision to the Joint Notice Program submitted by OTC Plaintiffs' letter of June 26, 2018, and the accompanying Supplemental Declaration of Shannon R. Wheatman in Support of the Joint Notice Program, dated June 26, 2018 ("Wheatman Declaration");

and the Court finding that the amended Joint Notice Program continues to satisfy the requirements of Federal Rule of Civil Procedure 23(c)(2)(b) and due process;

1

IT IS on this 27th day of June, 2018;

**ORDERED** that OTC Plaintiffs' Joint Notice Program is APPROVED as revised:

1. The media for the Publication Notice shall not include *Modern Trader* magazine or the *CFA Institutional Financial NewsBrief* eNewsletter.

2. The Internet advertising component of the Joint Notice Program shall be expanded to the *Modern Trader* and *CFA Institute* websites in accordance with the recommendations proposed in the Wheatman Declaration.

Hon. Naomi Reice Buchwald
**UNITED STATES DISTRICT JUDGE**