USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
In re:

LIBOR-Based Financial Instruments
Antitrust Litigation.

This Document Applies to:

   OTC Plaintiff Action

-------------------------------------X

**ORDER**

11 MD 2262 (NRB)

11 Civ. 5450

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

     To the extent Managed Care Advisory Group LLC (MCAG) wishes to file a response to the OTC Plaintiffs' letter of June 29, 2018 (ECF No. 2603), addressing this Court's April 11, 2018 Order (ECF No. 2489), MCAG's response <u>shall</u> be filed by July 9, 2018.

     **SO ORDERED.**

Dated:  New York, New York
         July 2, 2018

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

1