# DAVIS POLK & WARDWELL LLP

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 701 5800

NORTHERN CALIFORNIA
WASHINGTON, D.C.
SÃO PAULO
LONDON
PARIS
MADRID
TOKYO
BEIJING
HONG KONG

ARTHUR J. BURKE
212 450 4352

July 17, 2018

Re:   *In re LIBOR-Based Financial Instruments Antitrust Litigation*, 11-md-2262 (NRB)

<u>Via ECF</u>

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Buchwald:

  We write on behalf of Bank of America, N.A. and JPMorgan Chase Bank, N.A. ("Defendants") in response to OTC Plaintiffs' July 16, 2018 letter, ECF No. 2629, regarding the line spacing in the Memorandum of Law In Support of Defendants' Motion for Partial Judgment on the Pleadings (the "Memorandum"), ECF No. 2621.  Defendants inadvertently used a template document for the Memorandum formatted with 24-point spacing rather than double spacing.  Defendants apologize for the oversight.  A double-spaced version of the Memorandum, with no other changes, is attached as Exhibit 1.

  Defendants note that the reformatted Memorandum still complies with the page limits set by the Court.  Double-spaced, the Memorandum is slightly over nine pages.  Defendants' other briefs filed on July 13, 2018 were 18-, 48-, and 34-pages long, respectively, or 100 pages in total.  Accordingly, the Memorandum still complies with the 110-page limit requested by Defendants and set by the Court.

              Respectfully yours,

              /s/ Arthur J. Burke
              Arthur J. Burke

cc:  All parties via ECF