**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB<br>ECF Case |
| The OTC Action | Honorable Naomi R. Buchwald |

**OTC PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENTS WITH DEUTSCHE BANK AKTIENGESELLSCHAFT AND HSBC BANK PLC**

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, on a date and at a time to be determined by the Court, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, in the Courtroom of the Honorable Naomi Reice Buchwald, OTC Plaintiffs will, and hereby do, move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order: (a) granting final approval to the Settlements with Deutsche Bank Aktiengesellschaft ("Deutsche Bank") and HSBC Bank plc ("HSBC"); (b) certifying the Settlement Classes, (c) granting final approval to the joint plan of distribution; (d) appointing Hausfeld LLP and Susman Godfrey LLP as Co-Lead Counsel for the Settlement Classes; (e) granting final approval to the joint class notice, and for such other and further relief as the Court deems appropriate.

Submitted herewith in support of OTC Plaintiffs' Motion for Final Approval of Settlements with Deutsche Bank and HSBC are (i) the Memorandum of Law in Support of OTC Plaintiffs' Motion for Final Approval of Settlements with Deutsche Bank Aktiengesellschaft and HSBC Bank plc; (ii) the Declaration of Michael D. Hausfeld in Support of OTC Plaintiffs' Motion for Final Approval of Settlements with Deutsche Bank Aktiengesellschaft and HSBC Bank plc; (iii) the Declaration of Shannon Wheatman in Support of Final Approval for the Joint Notice Program; and (iv) the Declaration of Jason Rabe Regarding Notice by Mailing and Publication of the Publication and Internet Notices.[1]

Dated: August 24, 2018

| | |
|---|---|
| */s/ Michael D. Hausfeld* | */s/ William Christopher Carmody* |
| Michael D. Hausfeld | William Christopher Carmody |
| Hilary Scherrer | Arun Subramanian |

---

[1] OTC Plaintiffs will submit a Proposed Order after the opt-out deadline (September 28, 2018) and in advance of the Fairness Hearing (October 25, 2018).

1

Nathaniel C. Giddings
HAUSFELD LLP
1700 Street NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Email: mhausfeld@hausfeldllp.com
Email: hscherrer@hausfeldllp.com
Email: ngiddings@hausfeldllp.com


Scott Martin
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone: 646-357-1100
Email: smartin@hausfeldllp.com


Gary I. Smith, Jr.
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: 215-985-3270
gsmith@hausfeld.com

Seth Ard
Geng Chen
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: 212-336-3330
Email: bcarmody@susmangodfrey.com
Email: asubramanian@susmangodfrey.com
Email: sard@susmangodfrey.com
Email: gchen@susmangodfrey.com
Marc M. Seltzer
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars
Los Angeles, California 90067-6029
Telephone: 310-789-3100
Email: mseltzer@susmangodfrey.com
Email: gbridgman@susmangodfrey.com


Barry Barnett
Michael C. Kelso
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: 713-651-9366
Email: bbarnett@susmangodfrey.com
Email: mkelso@susmangodfrey.com

*Interim Co-Lead Counsel for the Over-the-Counter Class*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 24, 2018, I caused the foregoing, along with the accompanying memorandum and declarations in support, to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

August 24, 2018.

                                                 */s/ Hilary K. Scherrer*
                                                 Hilary K. Scherrer