UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 10/25/18 |
| The OTC Action | No. 11-cv-5450 |

[PROPOSED] ORDER
APPROVING OTC PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND
REIMBURSEMENT OF LITIGATION EXPENSES

This matter having come before the Court by way of the OTC Plaintiffs' Motion for Attorneys' Fees and Reimbursement of Litigation Expenses, filed August 24, 2018;

IT IS HEREBY ORDERED THAT:

1. Class Counsel shall receive $62,788,212 in attorneys' fees, to be paid *pro rata* out of the settlement fund created by the settlements between the OTC Plaintiffs and Deutsche Bank Aktiengesellschaft and HSBC Bank PLC (the "Deutsche Bank and HSBC Settlements"), plus interest on the foregoing amount, accruing from entry of this Order until paid, at the same rate earned by the settlement fund.

2. Class Counsel shall be reimbursed $604,256.89 in costs and expenses reasonably incurred in the prosecution and settlement of this litigation, to be paid out of the settlement fund created by the Deutsche Bank and HSBC Settlements, plus interest on the foregoing amount, accruing from entry of this Order until paid, at the same rate earned by the settlement fund.

3. Susman Godfrey L.L.P. and Hausfeld LLP ("Class Counsel") shall have the sole authority to allocate and distribute any attorneys' fees and expenses awarded from the Deutsche

1

Bank and HSBC Settlements pursuant to this order among counsel who performed work on behalf of the OTC Plaintiffs in a manner which, in the opinion of Class Counsel, fairly compensates such counsel for their services.

IT IS SO ORDERED.

Dated:   New York, New York
         October 25, 2018

_____
Hon. Naomi Reice Buchwald
**UNITED STATES DISTRICT JUDGE**