**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

May 30, 2019

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Mayor & City Council of Baltimore v. Bank of America Corp., et al.*, 1:11-cv-05450-NRB ("OTC Action"), proceeding as part of *In re LIBOR-Based Financial Instruments Antitrust Litigation*, 1:11-md-2262-NRB

Dear Judge Buchwald:

I have appeared as counsel for Citigroup Inc. and Citibank, N.A. (together, "Citi") in the above-captioned matter. As of May 31, 2019, I will no longer be an attorney at the law firm Covington & Burling LLP. Pursuant to Local Civil Rule 1.4, I respectfully request an order removing my individual appearance from the docket and from the ECF distribution list for this action.

My departure will not affect any pending deadlines, nor will it occasion any delay in this matter. Citi's settlement of the OTC Action received final approval from the Court on August 2, 2018. Covington & Burling LLP has already appeared in this action and will continue to represent the interests of Citi in this action. There is no retaining or charging lien being asserted.

Respectfully submitted,

s/ Thomas A. Isaacson

Thomas A. Isaacson

cc:   Counsel of Record (via ECF)