UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION

Master File No. 11-md-2262 (NRB)

THIS DOCUMENT RELATED TO: ALL ACTIONS

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, upon the Declaration of Leigh M. Nathanson dated August 31, 2020, Leigh M. Nathanson will move this Court before the Honorable Naomi Reice Buchwald, United States District Judge at the United States Courthouse located at 500 Pearl Street, New York, New York, 10007, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for Defendants Barclays Bank PLC, Barclays PLC, Barclays Capital Inc., and Barclays U.S. Funding LLC (collectively, "Barclays")in ALL ACTIONS in the above-captioned matters.

PLEASE TAKE FURTHER NOTICE Barclays will continue to be represented in these actions by the law firm of Sullivan & Cromwell LLP.

Dated: September 4, 2020
New York, New York

**KING & SPALDING LLP**

*/s/ Leigh M. Nathanson*
Leigh M. Nathanson
1185 Avenue of the Americas
New York, NY 10036-2601
Tel: (212) 556-2100
Fax: (212) 556-2222
Email: lnathanson@kslaw.com

*Attorneys for Defendants Barclays Bank PLC, Barclays PLC, Barclays Capital Inc., and Barclays U.S. Funding LLC*

So Ordered:
Naomi Reice Buchwald, USDJ
September 9, 2020

WORKAMER\99999\002081\37451080.v1-8/31/20