UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MAYOR AND CITY COUNCIL OF BALTIMORE, *et.al.*,  :
           Plaintiffs,  :
    v.  :  11-cv-05450-NRB
BANK OF AMERICA CORPORATION, *et al.*,  :
           Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# **DECLARATION OF LAWRENCE J. ZWEIFACH PURSUANT TO LOCAL RULE 1.4**

I, Lawrence J. Zweifach, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. Defendant UBS AG ("UBS") is represented in this matter by the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"). I am one of the counsel of record for UBS.

2. In the first half of 2022, I will be retiring from Gibson Dunn.

3. Because other lawyers at Gibson Dunn will continue to represent UBS in this case, my withdrawal will not prejudice UBS.

4. I am not asserting a retaining or charging lien.

I respectfully request that the Court enter the accompanying Order allowing me to withdraw as counsel of record for UBS.

Dated: January 6, 2022

                                                *s/ Lawrence J. Zweifach*
                                                Lawrence J. Zweifach