UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

MAYOR AND CITY COUNCIL OF BALTIMORE, *et.al.*,

    Plaintiffs,

v.

BANK OF AMERICA CORPORATION, *et al.*,

    Defendants.

------------------------------------------x

11-cv-05450-NRB

## ORDER GRANTING WITHDRAW AS COUNSEL

Upon the Notice by Counsel for Defendant UBS AG and the accompanying Declaration of Lawrence J. Zweifach,

IT IS HEREBY ORDERED that the noticed request to withdraw Lawrence J. Zweifach as counsel for Defendant UBS AG is granted, and the appearance of Mr. Zweifach is withdrawn as of the date of this Order.

Dated:  8/17/2022

                                                    Honorable Naomi Reice Buchwald
                                                    United States District Judge