UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
In re:

LIBOR-Based Financial Instruments                    **ORDER**
Antitrust Litigation
                                              11 MD 2262 (NRB)
This Document Applies to:

    The OTC Action                            11 Civ. 5450 (NRB)
----------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


     WHEREAS no class member has objected to the settlements that

will be addressed at the fairness hearing scheduled for October 17,

2023 at 11:00 a.m. (the "Fairness Hearing"); and

     WHEREAS the OTC Plaintiffs have filed written submissions

regarding the fairness, reasonableness, and adequacy of those

settlements, the Court will hold the Fairness Hearing

telephonically.  Chambers will post dial-in instructions on the MDL

and OTC Plaintiff Action dockets on the morning of October 17, 2023.


Dated:    New York, New York
          October 10, 2023


                              _____
                                   NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE