```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
In re:

LIBOR-Based Financial Instruments            ORDER
Antitrust Litigation
                                             11 MD 2262 (NRB)
This Document Applies to:

     The OTC Action                          11 Civ. 5450 (NRB)
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS no class member has objected to the settlements that will be addressed at the fairness hearing scheduled for December 12, 2023 at 11:00 a.m. (the "Fairness Hearing"); and

WHEREAS the OTC Plaintiffs have filed written submissions regarding the fairness, reasonableness, and adequacy of those settlements, the Court will hold the Fairness Hearing telephonically. Chambers will post dial-in instructions on the MDL and OTC Plaintiff Action dockets on the morning of December 12, 2023.

Dated:   New York, New York
         November 27, 2023

                                    _____
                                         NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE