UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| The OTC Action | No. 11-cv-5450 |

**[PROPOSED] ORDER APPROVING OTC PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

This matter having come before the Court by way of the OTC Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards, filed October 27, 2023:

IT IS HEREBY ORDERED THAT:

1. Class Counsel shall receive $25,228,596.71 in attorneys' fees, to be paid out of the settlement fund created by the settlement with Defendants Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. (n/k/a Coöperatieve Rabobank U.A.), Lloyds Banking Group plc, Lloyds Bank plc, HBOS plc, and Bank of Scotland plc, Royal Bank of Canada, and WestLB AG (n/k/a Portigon AG) and Westdeutsche Immobilienbank AG (n/k/a Westdeutsche Immobilien Servicing AG) (the "Settlement"), plus interest on the foregoing amount, accruing from entry of this Order until paid, at the same rate earned by the settlement fund.

2. Class Counsel shall be reimbursed $85,613.16 in costs and expenses reasonably incurred in the prosecution and settlement of this litigation, to be paid out of the settlement fund created by the Settlement, plus interest on the foregoing amount, accruing from entry of this Order until paid, at the same rate earned by the settlement fund.

3. Susman Godfrey L.L.P. and Hausfeld L.L.P. ("Class Counsel") shall have the sole authority to allocate and distribute any attorneys' fees and expenses awarded from the Settlement pursuant to this order among counsel who performed work on behalf of the OTC Plaintiffs in a manner which, in the opinion of Class Counsel, fairly compensates such counsel for their services.

Dated: December 12, 2023
New York, New York

Hon. Naomi Reice Buchwald
**UNITED STATES DISTRICT JUDGE**