# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

ONE MANHATTAN WEST

NEW YORK, NEW YORK 10001

(212) 336-8330

FAX (212) 336-8340

WWW.SUSMANGODFREY.COM

___

| | | |
|---|---|---|
| SUITE 5100<br>1000 LOUISIANA STREET<br>HOUSTON, TEXAS 77002-5096<br>(713) 651-9366 | SUITE 1400<br>1900 AVENUE OF THE STARS<br>LOS ANGELES, CALIFORNIA 90067-6029<br>(310) 789-3100 | SUITE 3000<br>401 UNION STREET<br>SEATTLE, WASHINGTON 98101-2683<br>(206) 516-3880 |

WILLIAM CHRISTOPHER CARMODY
DIRECT DIAL (212) 336-8334

E-MAIL BCarmody@susmangodfrey.com

October 4, 2024

VIA ECF

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *In re LIBOR-Based Financial Instruments Antitrust Litigation*, 11-md-2262, 11-cv-05450, 13-cv-06013, 13-cv-06014, 14-cv-01757

Dear Judge Buchwald:

Pursuant to Section 2.H.2 of Your Honor's Individual Practices, Section 6 of the Electronic Case Filing Rules & Instructions, and Your Honor's September 27, 2024 Order (ECF No. 4136), I write to respectfully request permission to file under seal: (1) the memorandum of law, declaration, and exhibits submitted in support of OTC Plaintiffs'[1] motion for class certification as to Defendants Credit Suisse AG ("Credit Suisse"), The Royal Bank of Scotland Group plc, Royal Bank of Scotland plc (together with The Royal Bank of Scotland Group plc, "RBS"), and UBS AG ("UBS"); and (2) the memorandum of law, declaration, and exhibits submitted in support of Plaintiffs'[2] motion to exclude certain opinions of Dr. Dennis Carlton.

These filings include materials that have been designated as Confidential or Highly Confidential pursuant to the Amended Stipulation and Protective Order dated May 12, 2016. ECF No. 1405. Consistent with Your Honor's September 27, 2024 Order (ECF No. 4136), by October 18, 2024, OTC Plaintiffs will file a public set of all materials submitted in connection with these motions.

---

[1] Mayor and City Council of Baltimore, City of New Britain, Vistra Energy Corp., Yale University, and Jennie Stuart Medical Center, Inc.

[2] OTC Plaintiffs, the Federal Deposit Insurance Corporation as Receiver for 20 Closed Banks, Principal Financial Group, Inc., Principal Financial Services, Inc., Principal Life Insurance Company, Principal Funds, Inc., and Principal Variable Contracts Funds, Inc.

October 4, 2024
Page 2

OTC Plaintiffs are delivering courtesy copies of the sealed filings to Chambers in accordance with Section 2.H.2 of Your Honor's Individual Practices and are also serving the sealed filings on liaison counsel for Defendants via email.

Respectfully submitted,

*/s/ William Christopher Carmody*
William Christopher Carmody
SUSMAN GODFREY L.L.P.
*Co-Lead Counsel for OTC Plaintiffs and Liaison Counsel for Class Plaintiffs*

*/s/ James R. Martin*
James R. Martin
ZELLE LLP
*Counsel for The Federal Deposit Insurance Corporation as Receiver for 20 Closed Banks and Liaison Counsel for Direct Action Plaintiffs*

```
Application granted.
SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Date:     September 25, 2025
          New York, New York