October 24, 2025

Re:    *In re LIBOR-Based Fin. Instruments Antitrust Litig.*, No. 11-md-2262-NRB

<u>Via ECF</u>

The Honorable Naomi Reice Buchwald
United States District Judge, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Buchwald:

We serve as liaison counsel for the Class Plaintiffs, the Direct Action Plaintiffs, and the Defendants in the above-referenced LIBOR MDL. Pursuant to this Court's October 9, 2025 Order to Show Cause (ECF No. 4607), we write jointly to confirm that there are no actions in the MDL that should not be "Closed" as a result of the Court's recent summary judgment memorandum and order, dated September 25, 2025. *See* ECF No. 4597 (the "Summary Judgment Order").

Relatedly, pursuant to Federal Rule of Civil Procedure 58(d), the parties respectfully request that the Court direct the Clerk's Office for the United States District Court for the Southern District of New York to issue a judgment set out in a separate document from the Summary Judgment Order as required by Federal Rule of Civil Procedure 58(a). Concurrent with the filing of this letter, the parties have jointly filed a proposed judgment on the docket, which tracks the conclusion to the Summary Judgment Order.

Respectfully submitted,

| | |
|---|---|
| */s/ William Christopher Carmody* | */s/ Arthur J. Burke* |
| William Christopher Carmody | Arthur J. Burke |
| | |
| *Co-Lead Counsel for the OTC Plaintiffs* | *Counsel for Bank of America Corporation and* |
| *and Liaison Counsel for the Class Plaintiffs* | *Bank of America, N.A., and Liaison Counsel for* |
| | *Defendants* |
| */s/ James Robertson Martin* | |
| James Robertson Martin | |
| | |
| *Counsel for The Federal Deposit Insurance* | |
| *Corporation as Receiver for 19 Banks and The* | |
| *Federal Home Loan Mortgage Corporation and* | |
| *Liaison Counsel for the Direct Action Plaintiffs* | |