```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re:

LIBOR-Based Financial Instruments                 ORDER
Antitrust Litigation.
                                               11 MDL 2262 (NRB)
This Document Applies to:

  CASES LISTED IN APPENDIX

----------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS**, on September 25, 2025, the Court granted summary judgment in favor of defendants on both "Upstream" issues of (1) suppression and (2) conspiracy, ECF No. 4597 at 29, 177, 272; and

**WHEREAS**, on October 9, 2025, the Court entered an order, ECF No. 4607, that the parties show cause no later than October 24, 2025, as to why any of the actions listed in **Appendix A** should not be "Closed" on ECF, given that the Court has resolved the "Upstream" issues of (1) suppression and (2) conspiracy; and

**WHEREAS**, on October 24, 2025, the parties filed a joint letter "pursuant to th[e] Court's . . . Order to Show Cause . . . confirm[ing] that there are no actions in the MDL that should not be 'Closed' as a result of the Court's recent summary judgment memorandum and order," ECF No. 4613; and

**WHEREAS**, as of October 24, 2025, the Court has received no other objections to closing the cases listed at **Appendix A**; and

1

**WHEREAS**, final judgment was entered on October 28, 2025 "disposing of all remaining claims against all remaining parties," ECF No. 4627; it is hereby

**ORDERED**, that the Clerk of Court is directed (1) to file this Order on the dockets of each of the cases listed in **Appendix A** below and (2) to close the cases listed in **Appendix A** below.

Dated:   October 29, 2025
         New York, New York

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

Appendix A

| OPEN CASES SUBJECT TO ORDER TO SHOW CAUSE ||
|---|---|
| CASE NAME | CASE No. |
| In re: LIBOR-Based Financial Instruments Antitrust Litigation | 11-md-02262 |
| MAYOR AND CITY COUNCIL OF BALTIMORE, et al. v. CREDIT SUISSE AG, et al. | 11-cv-05450 |
| Payne et al v. Bank of America Corporation et al | 13-cv-00598 |
| COUNTY OF SAN MATEO, et al., v. BANK OF AMERICA CORP., et al. | 13-cv-00625 |
| EAST BAY MUNICIPAL UTILITY DISTRICT, v. BANK OF AMERICA CORP., et al. | 13-cv-00626 |
| CITY OF RICHMOND, et al. v. BANK OF AMERICA CORP., et al. | 13-cv-00627 |
| COUNTY OF SAN DIEGO, v. BANK OF AMERICA CORP., et al. | 13-cv-00667 |
| Direcors Financial Group v. Bank of America Corporation et al | 13-cv-01016 |
| County of Riverside v. Bank Of America Corporation et al | 13-cv-01135 |
| Weglarz et al v. JP Morgan Chase Bank, N.A. et al | 13-cv-01198 |
| SEIU Pension Plans Master Trust v. Bank Of America Corporation et al | 13-cv-01456 |
| Amabile et al v. Bank of America Corporation et al | 13-cv-01700 |
| Highlander Realty v. Citizens Bank of Massachusetts | 13-cv-02343 |
| Nagel, Stephanie v. Bank of America, N.A. et al | 13-cv-03010 |
| THE FEDERAL HOME LOAN MORTGAGE CORP., v. | 13-cv-03952 |

| OPEN CASES SUBJECT TO ORDER TO SHOW CAUSE ||
|---|---|
| CASE NAME | CASE No. |
| BANK OF AMERICA CORP., et al. | |
| THE REGENTS OF THE UNIV. OF CAL., <br> v. <br> BANK OF AMERICA CORP., et al. | 13-cv-05186 |
| COUNTY OF SONOMA, et al., <br> v. <br> BANK OF AMERICA CORP., et al. | 13-cv-05187 |
| SAN DIEGO ASS'N OF GOVERNMENTS <br> v. <br> BANK OF AMERICA CORP., et al. | 13-cv-05221 |
| CEMA Joint Venture <br> v. <br> RBS Citizens, N.A. et al | 13-cv-05511 |
| COUNTY OF SACRAMENTO, <br> v. <br> BANK OF AMERICA CORP., et al. | 13-cv-05569 |
| CITY OF HOUSTON, <br> v. <br> BANK OF AMERICA CORP., et al. | 13-cv-05616 |
| The City of Philadelphia <br> v. <br> Bank of America Corporation et al | 13-cv-06020 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION <br> v. <br> BARCLAYS BANK PLC, et al. | 13-cv-07720 |
| COUNTY OF MENDOCINO, <br> v. <br> BANK OF AMERICA CORP., et al. | 13-cv-08644 |
| PRINCIPAL FUNDS, INC., et al. <br> v. <br> BANK OF AMERICA CORP., et al. | 13-cv-06013 |
| PRINCIPAL FINANCIAL GROUP, INC., et al. <br> v. <br> BANK OF AMERICA CORP., et al. | 13-cv-06014 |
| FEDERAL DEPOSIT INSURANCE CORP. AS RECEIVER FOR AMCORE BANK, N.A., et al., <br> v. <br> BANK OF AMERICA CORP., et al. | 14-cv-01757 |
| Prudential Investment Portfolios 2 and Prudential Core Taxable Money Market Fund <br> v. <br> Bank of America Corporation et al | 14-cv-04189 |
| National Asbestos Workers Pension Fund et al <br> v. <br> Bank of America Corporation et al | 15-cv-01334 |

| OPEN CASES SUBJECT TO ORDER TO SHOW CAUSE ||
|---|---|
| **CASE NAME** | **CASE No.** |
| Axiom Investment Advisors, LLC et al<br>v.<br>Bank Of America Corporation et al | 15-cv-02973 |
| Cicchini Enterprises, Inc.<br>v.<br>JPMorgan Chase & Co. et al | 15-cv-04810 |
| City of Philadelphia et al<br>v.<br>Barclays Bank Plc et al | 15-cv-07972 |
| Prudential Investment Portfolios 2<br>v.<br>Bank of America Corporation et al | 15-cv-07975 |
| City of Philadelphia et al<br>v.<br>Bank of America Corporation et al | 15-cv-08557 |
| Principal Financial Group, Inc. et al<br>v.<br>Bank Of America Corporation et al | 15-cv-09792 |
| Principal Funds, Inc. et al<br>v.<br>Bank Of America Corporation et al | 15-cv-09793 |
| Principal Funds, Inc. et al<br>v.<br>Bank of America Corporation et al | 16-cv-00590 |
| Principal Financial Group, Inc. et al<br>v.<br>Bank of America Corporation et al | 16-cv-00592 |
| Federal Deposit Insurance Corporation<br>v.<br>Bank of America, N.A. et al. | 18-cv-01540 |