# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6022
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 950 | SUITE 3800 |
| 1000 LOUISIANA STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

WILLIAM CHRISTOPHER CARMODY
DIRECT DIAL (212) 336-8334

E-MAIL BCarmody@susmangodfrey.com

November 22, 2017

VIA ECF AND HAND DELIVERY

The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1319

Re:   *In re LIBOR-Based Financial Instruments Antitrust Litig.*, Case No. 11-md-2262 (S.D.N.Y.)

Dear Judge Buchwald:

We write to supplement OTC Plaintiffs' letter of November 2, 2017, which concerned the cost of class notice for settlement between OTC Plaintiffs and Citibank, N.A. and Citigroup, Inc. ("Citibank Settlement"). Dkt. 2334.  A more detailed breakdown of the incurred costs is set forth in Exhibit A, which we are requesting be filed under seal because it contains proprietary pricing information. An updated Proposed Order is attached as Exhibit B. We thank the Court for its continued attention to this matter.

Respectfully,


*/s/ William Christopher Carmody*
William Christopher Carmody


Interim Co-Lead Counsel for the OTC Class

cc:   All Counsel (via ECF)